UNITED STATES of America,
Plaintiff—Appellee,

v.

Kris PLETSCHKE, d/b/a Raw Health,
Defendant—Appellant.

No. 04–2310.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 29, 2005.

Kris Pletschke, Appellant pro se.

Mark Josephs, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kris Pletschke appeals the district court's order entering default judgment against him. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Pletschke,* No. CA–03–214–1 (W.D.N.C. Sept. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*